■ CARL M. LEVINE, Appellant, v FORTY SECOND STREET COMPANY, Respondent. [604 NYS2d 790] —In an action to recover damages for breach of contract, the plaintiff appeals from an order of the Supreme Court, Nassau County (O'Shaugnessy, J.), dated May 30, 1991, which granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The plaintiff has failed to demonstrate the existence of any triable issues of fact *(see,* CPLR 3212). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.